UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Bushey,

Civil File No. 01-1557 (MJD/FLN)

Plaintiff,

vs.

**ORDER**

Connie Roherich [sic], Dr. Kluge, James Zawaki, Jason Math, Jan Hanlon, Judy Ellerbusch, Nancy Wesley and Mark Cervenka,

Defendants.

Before the Court is Defendants' motion to extend the date of filing a dispositive motion from November 21, 2002 to December 9, 2002. The Court finds that the requested extension is proper.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion to extend the pretrial scheduling order is **GRANTED**.

Defendants shall file their dispositive motions by December 9, 2002.

Dated: Nov 20, 2002

FRANKLIN L. NOEL
United States Chief Magistrate Judge

11-20-02