UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Bushey,

Plaintiff,

v.

Connie Roehrich, Dr. Kluge
et al.,

Defendants.

Civil 01-1557 MJD/FLN

ORDER

---

The above referenced matter is before the undersigned United States Magistrate Judge on Defendants' motions for summary judgment. To date, plaintiff has not filed a response to the motions. Therefore, IT IS HEREBY ORDERED that Plaintiff file a response to Defendant's summary judgment motions on or before January 31, 2003.

DATED: 1/7/, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 1-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK