UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Bushey, Civil 01-1557 MJD/FLN

Plaintiff,

v. ORDER

Connie Roherich [sic], Dr. Kluge, et al.,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 3, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendants' motions for summary judgment [##13 & 22] are GRANTED; and
2. This action is DISMISSED with prejudice.

DATED: July 29, 2003

JUDGE MICHAEL J. DAVIS
United States District Court

FILED JUL 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK