AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

David Bushey,

V.

Connie Roherich [sic], Dr. Kluge, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1557 MJD/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Deft's motions for summary judgment are granted; and this action is dismissed with prejudice.

July 30, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03