SCANNED
JUN 02 2004
U.S. DISTRICT COURT ST. PAUL

05/28/2004 09:32
KKLINISKI

OTRCSTUB

DEPARTMENT OF CORRECTIONS
MCF-WRML

T R U S T  C H E C K  S T U B  S U P P L E M E N T A L  L I S T
AS OF 05/28/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 05/28/2004    Payee Name : CLERK, US DISTRICT COURT
Check Number : 66381    Payee Address :
Check Amount : $8.43

************************** TRANSACTION **************************

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $4.13 | 2322656 | 42 | 14-05-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |
| $4.30 | 2341249 | 41 | 28-05-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |

RECEIVED
BY MAIL
JUN 02 2004
CLERK, US DIST. COURT
ST. PAUL, MN

01-cv-1557
MJD/FLN

Wed Jun 2 10:28:31 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 144822
Cashier joni

Tender Type CHECK

Check Number: 66381

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 8.43

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF MOOSE LAKE

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
JUN 02 2004
U.S. DISTRICT COURT ST. PAUL