Tue Jun 29 11:59:27 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145020
Cashier joni

Tender Type CHECK

Check Number: 66814

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 11.86

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF
MOOSE LAKE

PARTIAL PAYMENT OF FILING FEE

SCANNED
JUN 29 2004
U.S. DISTRICT COURT ST. PAUL

DEPARTMENT OF CORRECTIONS
MCF-WRML

# T R U S T C H E C K S T U B S U P P L E M E N T A L L I S T

AS OF 06/25/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 06/25/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 66814 Payee Address:
Check Amount : $11.86

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $4.00 | 2353898 | 11 | 07-06-2004 | DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |
| $4.18 | 2359519 | 39 | 11-06-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |
| $3.68 | 2378134 | 40 | 25-06-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |

RECEIVED
BY MAIL
JUN 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN