Tue Jul 27 11:36:27 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145166
Cashier joni

Tender Type CHECK

Check Number: 67279

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 9.35

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF MOOSE LAKE

MJD/FLN

PARTIAL PAYMENT OF FILING FEE

SCANNED
JUL 27 2004
U.S. DISTRICT COURT ST. PAUL

# T R U S T C H E C K S T U B S U P P L E M E N T A L L I S T

AS OF 07/23/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 07/23/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 67279 Payee Address:
Check Amount : $9.35

******************************* TRANSACTION ********************************

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $1.35 | 2404480 | 33 | 09-07-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |
| $8.00 | 2417439 | 9 | 19-07-2004 | DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |

RECEIVED
BY MAIL
JUL 27 2004
CLERK, US DIST. COURT
ST. PAUL, MN