Tue Aug 10 11:03:34 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145252
Cashier joni

Check Number: 67495

| DO Code | Div No |
| --- | --- |
| 4641 | 3 |

| Sub Acct | Type | Tender | Amount |
| --- | --- | --- | --- |
| 1:5100PL | AR | 2 | 2.04 |
| 2:0869PL | AR | 2 | 3.01 |

Total Amount $ 5.05

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF MOOSE LAKE

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
AUG 10 2004
U.S. DISTRICT COURT ST. PAUL

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 08/06/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 08/06/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 67495 Payee Address:
Check Amount : $5.05

RECEIVED
BY MAIL
AUG 10 2004
CLERK, US DIST. COURT
ST. PAUL, MN

******************************** TRANSACTION ********************************

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $5.05 | 2442506 | 55 | 06-08-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |