Wed Sep 8 11:10:59 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145414
Cashier joni

Tender Type CHECK

Check Number: 67949

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 0869PL |

Amount $ 3.85

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF MOOSE LAKE

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
SEP 08 2004
U.S. DISTRICT COURT ST. PAUL

DEPARTMENT OF CORRECTIONS
MCF-WRML

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 09/03/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 09/03/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 67949 Payee Address:
Check Amount : $3.85

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $2.85 | 2461924 | 46 | 20-08-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |
| $1.00 | 2461927 | 31 | 20-08-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1557 D | 0000206536 | BUSHEY, DAVID ALLEN |