Wed Oct 6 09:36:09 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145592
Cashier joni

Tender Type CHECK

Check Number: 120430

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 0869PL |

Amount $ 12.33

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF FARIBAULT

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
OCT 0 6 2004
U.S. DISTRICT COURT ST. PAUL

# Minnesota Department of Corrections

## Faribualt

## Offender Court Ordered CHECK OUT DEDUCT TYPE Paid Report

## Report Date Range: 9/1/2004 To 9/30/2004

**CLERK, US DISTRICT COURT**

**CHECK OUT DEDUCT TYPE** **CHECK NUMBER:** 120430

| | | | | | | |
|---|---|---|---|---|---|---|
| 141505 | KOHSER | SCOTT | 145591 | | | |
| | 15.81 | AMOUNT FOR FILE NUMBER | 03-6194 | | Amount Owing: | 0.00 |
| | 15.81 | TOTAL FOR: | 141505 | KOHSER | SCOTT | |
| 206536 | BUSHEY | DAVID | | | | |
| | 12.33 | AMOUNT FOR FILE NUMBER | 01-1557 | | Amount Owing: | 40.81 |
| | 12.33 | TOTAL FOR: | 206536 | BUSHEY | DAVID | |
| | 28.14 | TOTAL CHECK AMOUNT | 145592 | | | |

RECEIVED
BY MAIL
OCT 06 2004
CLERK, US DIST. COURT
ST. PAUL, MN

CLOSED indicates that the offender has left the department. No further deductions will be taken.
If the Amount Owing does not equal your records, please contact Offender Accounts at 507-334-0716

**Report Print Date** 10/1/2004