Wed Oct 6 09:36:09 2004

CV01-1557

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145592
Cashier joni

Tender Type CHECK

Check Number: 120430

Transaction Type AR

| DO Code | Div No | Acct |
| --- | --- | --- |
| 4641 | 3 | 0869PL |

Amount $ 12.33

DAVID BUSHEY 0:01-CV-1557 / PAID BY MCF
FARIBAULT

PARTIAL PAYMENT OF PRISONER FILING FEE

# Minnesota Department of Corrections
## Faribualt
## Offender Court Ordered CHECK OUT DEDUCT TYPE Paid Report
## Report Date Range: 9/1/2004 To 9/30/2004

CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE    CHECK NUMBER: 120430

| | | | | | | |
|---|---|---|---|---|---|---|
| 141505 | KOHSER | SCOTT | 145591 | | | |
| | 15.81 | AMOUNT FOR FILE NUMBER | 03-6194 | | Amount Owing: | 0.00 |
| | 15.81 | TOTAL FOR: | 141505 | KOHSER | SCOTT | |
| 206536 | BUSHEY | DAVID | | | | |
| | 12.33 | AMOUNT FOR FILE NUMBER | 01-1557 | | Amount Owing: | 40.81 |
| | 12.33 | TOTAL FOR: | 206536 | BUSHEY | DAVID | |
| | 28.14 | TOTAL CHECK AMOUNT | 145592 | | | |

RECEIVED
BY MAIL
OCT 06 2004
CLERK, US DIST. COURT
ST. PAUL, MN

CLOSED indicates that the offender has left the department. No further deductions will be taken.
If the Amount Owing does not equal your records, please contact Offender Accounts at 507-334-0716

**Report Print Date** 10/1/2004