Wed Nov 3 11:06:54 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145754
Cashier joni

Tender Type CHECK

Check Number: 121051

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 086900 |

Amount $ 11.68

DAVID BUSHEY 0:01-CV-1557 PAID BY MCF FA RIBAULT

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
NOV 03 2004
U.S. DISTRICT COURT ST. PAUL

# Minnesota Department of Corrections

## Faribault

## Offender Court Ordered CHECK OUT DEDUCT TYPE Paid Report

## Report Date Range: 10/1/2004 To 10/31/2004

RECEIVED
BY MAIL
NOV 03 2004
CLERK, US DIST. COURT
ST. PAUL, MN

CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE    CHECK NUMBER: 121051

| | | | | | |
|---|---|---|---|---|---|
| 158660 | MOTEN | RONALD | | | |
| | 24.50 | AMOUNT FOR FILE NUMBER | 3 96 CV 00540 | Amount Owing: | 4.93 |
| | 24.50 | TOTAL FOR: 158660 | MOTEN | RONALD | |
| 171064 | SELVIG | DAVID | | | |
| | 4.75 | AMOUNT FOR FILE NUMBER | 5 97 CV 00015 | Amount Owing: | 111.24 |
| | 4.75 | TOTAL FOR: 171064 | SELVIG | DAVID | |
| 206536 | BUSHEY | DAVID | | | |
| | 11.68 | AMOUNT FOR FILE NUMBER | 01-1557 | Amount Owing: | 29.13 |
| | 11.68 | TOTAL FOR: 206536 | BUSHEY | DAVID | |
| 210639 | HERNANDEZ-VASQ | ARNULFO | | | |
| | 23.85 | AMOUNT FOR FILE NUMBER | 03 CV 05271 | Amount Owing: | 89.85 |
| | 23.85 | TOTAL FOR: 210639 | HERNANDEZ-VASQUEZ | ARNULFO | |
| | 64.78 | TOTAL CHECK AMOUNT | | | |

CLOSED indicates that the offender has left the department. No further deductions will be taken.
If the Amount Owing does not equal your records, please contact Offender Accounts at 507-334-0716

**Report Print Date 11/1/2004**