Fri Dec 3 11:21:52 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145858
Cashier joni

Tender Type CHECK

Check Number: 121673

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 086900L |

Amount $ 3.10

DAVID BUSHEY 0:01-CV-1557 PAID BY MCF FARIBAULT

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
DEC 0 6 2004
U.S. DISTRICT COURT ST. PAUL

# Minnesota Department of Corrections

## Faribualt

## Offender Court Ordered CHECK OUT DEDUCT TYPE Paid Report

## Report Date Range: 11/1/2004 To 11/30/2004

CLERK, US DISTRICT COURT

CHECK OUT DEDUCT TYPE CHECK NUMBER: 121673

158660 MOTEN RONALD
4.93 AMOUNT FOR FILE NUMBER 3 96 CV 00540 Amount Owing: 0.00
4.93 TOTAL FOR: 158660 MOTEN RONALD

171064 SELVIG DAVID
12.73 AMOUNT FOR FILE NUMBER 5 97 CV 00015 Amount Owing: 98.51
12.73 TOTAL FOR: 171064 SELVIG DAVID

171505 MONTGOMERY KEITH
14.60 AMOUNT FOR FILE NUMBER 04 CV 01326 Amount Owing: 114.28
14.60 TOTAL FOR: 171505 MONTGOMERY KEITH

206536 BUSHEY DAVID
3.10 AMOUNT FOR FILE NUMBER 01-1557 Amount Owing: 26.03 CLOSED
3.10 TOTAL FOR: 206536 BUSHEY DAVID

210639 HERNANDEZ-VASQ ARNULFO
45.45 AMOUNT FOR FILE NUMBER 03 CV 05271 Amount Owing: 44.40
45.45 TOTAL FOR: 210639 HERNANDEZ-VASQUEZ ARNULFO

80.81 TOTAL CHECK AMOUNT

RECEIVED
BY MAIL
DEC 03 2004
CLERK, US DIST. COURT
ST. PAUL, MN

CLOSED indicates that the offender has left the department. No further deductions will be taken.
If the Amount Owing does not equal your records, please contact Offender Accounts at 507-334-0716

Report Print Date 12/1/2004